IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Skillom, Shavonne B | Case Number: 06 B 00777 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 1/30/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: March 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,050.00 | |
| Secured: | | 2,717.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,119.85 |
| Trustee Fee: | | 212.75 |
| Other Funds: | | 0.00 |
| Totals: | 4,050.00 | 4,050.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 3,000.00 | 1,119.85 |
| 2. | Resurgent Capital Services | Secured | 5,928.38 | 2,717.40 |
| 3. | Shurgard | Unsecured | 13.53 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 50.00 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 48.56 | 0.00 |
| 6. | Illinois State Tollway | Unsecured | 213.70 | 0.00 |
| 7. | Sallie Mae | Unsecured | 289.56 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 701.77 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 64.01 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 15.00 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 195.16 | 0.00 |
| 12. | Nicor Gas | Unsecured | 87.80 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 7.16 | 0.00 |
| 14. | Ledford & Wu | Priority | | No Claim Filed |
| 15. | AFNI | Unsecured | | No Claim Filed |
| 16. | CB USA | Unsecured | | No Claim Filed |
| 17. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 18. | CBCS | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Armor Systems Co | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Charter One Bank | Unsecured | | No Claim Filed |
| 23. | Harris & Harris | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Skillom, Shavonne B | | Case Number: 06 B 00777 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 5/27/08 | | Filed: 1/30/06 |

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | RMI/MCSI | Unsecured | | No Claim Filed |
| 29. | USA Funds | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | Harris & Harris | Unsecured | | No Claim Filed |
| 32. | Senex Services Corp | Unsecured | | No Claim Filed |
| 33. | SKO Brenner American | Unsecured | | No Claim Filed |
| 34. | United Student Aid Funds Inc | Unsecured | | No Claim Filed |
| 35. | USA Funds | Unsecured | | No Claim Filed |
| 36. | Medclear Inc | Unsecured | | No Claim Filed |
| 37. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| | | | $ 10,614.63 | $ 3,837.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 57.75 |
| 5% | 12.50 |
| 4.8% | 48.00 |
| 5.4% | 94.50 |
| | $ 212.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

